UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**Sidney J. Dexter**
**and Charlene J. Dexter,**

Case No. : 6:15-bk-02786-KSJ

**Debtors.**
_____/

### CHAPTER 13 PLAN

**COMES NOW**, the Debtors, Sidney J. Dexter and Charlene J. Dexter, by and through their undersigned Counsel, and hereby files this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Trustee, and the Debtors shall pay the following sums to the Chapter 13 Trustee:

### PLAN PAYMENTS

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1-60 (April 2015 - March 2020) | $2,400.00 |

The Debtors shall pay by **Money Order, Cashier's Check, wage deduction or TFSBillPay.com**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, PO Box 1103, Memphis, TN 38101-1103. The Debtors' name and case number (6:15-bk-02786-KSJ) must be clearly indicated thereon and received by the due date for payments established by Court Order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees:**

| NAME OF ATTORNEY | CLAIM AMOUNT | PAYMENT AMOUNT | PAYMENT NUMBERS |
|---|---|---|---|
| Anne-Marie L. Bowen | $1,500.00 | $100.00/$50.00 | 1-5/6-25 |

**Attorney Monitoring Fees:**

| NAME OF ATTORNEY | CLAIM AMOUNT | PAYMENT AMOUNT | PAYMENT NUMBERS |
|---|---|---|---|
| Anne-Marie L. Bowen | $2,750.00 | $50.00 | 6-60 |

**Attorney Mediation Fees:**

| NAME OF ATTORNEY | CLAIM AMOUNT | PAYMENT AMOUNT | PAYMENT NUMBERS |
|---|---|---|---|
| Anne-Marie L. Bowen | $2,500.00 | $42.00/$22.00 | 1-59/60-60 |

**Priority Claims:**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| NAME OF CREDITOR | CLAIM AMOUNT | PAYMENT AMOUNT | PAYMENT NUMBERS |
|---|---|---|---|
|  |  |  |  |

**\*\*Secured Claims:**

| NAME OF CREDITOR | CLAIM AMOUNT | PAYMENT AMOUNT | PAYMENT NUMBERS |
|---|---|---|---|
| \*\*Wells Fargo Bank, N.A. (Homestead) | $444,466.96 | $1,743.12 | 1-60 |
| SE Toyota Finance/World Omni 2008 Toyota Highlander | $11,204.00 at 5.25% interest | $212.72 | 1-60 |

**Loan Modification:** Debtors plan to go through Loan Modification Mediation. \*\* Payment amount is 31% of gross income.

**Secured Arrearages:** To be provided for in Loan Modification.

**Secured Gap Payment:**

| NAME OF CREDITOR | CLAIM AMOUNT | PAYMENT AMOUNT | PAYMENT NUMBERS |
|---|---|---|---|
| Wells Fargo Bank, N.A. | $1,830.00 | $60.00/$110.00 | 1-25/26-28 |

**Property to Be Surrendered:** NONE

**Valuation of Security:** NONE

**Lien Strip:** NONE

**Executory Contracts:** NONE

**Unsecured Creditors:** whose claims are allowed shall receive a *pro rata* share of the balance of the funds remaining after payments to the Priority and Secured creditors are made. Approximate percentage: _4_ %.

Date: _4-2-2015_

*/s/ Sidney J. Dexter*
Sidney J. Dexter

Date: _4-2-2015_

*/s/ Charlene J. Dexter*
Charlene J. Dexter

    **I HEREBY CERTIFY**, that a true and correct copy of the foregoing has been furnished by Electronic Notice or First-Class U.S. Mail, postage pre-paid, to the persons listed on the attached Mailing Matrix on this _2_ day of _April_, 2015.

*/s/ Anne-Marie L. Bowen*
Anne-Marie L. Bowen, Esq.
Anne-Marie L. Bowen, P.A.
Florida Bar No.: 708161
816 N. Thornton Ave.
Orlando, FL 32803
(407) 228-1300
courtdocs@bowenbankruptcylaw.com
Attorney for Debtors

```
Label Matrix for local noticing        United States Trustee - ORL7/13 7    AES/NCT
113A-6                                  Office of the United States Trustee PO Box 61047
Case 6:15-bk-02786-KSJ                  George C Young Federal Building     Harrisburg, PA 17106-1047
Middle District of Florida              400 West Washington Street, Suite 1100
Orlando                                 Orlando, FL 32801-2210
Thu Apr  2 11:13:52 EDT 2015

Ally/GMAC                               (p)CREDITORS BANKRUPTCY SERVICE     Asset Acceptance, LLC
c/o Synergetic                          PO BOX 800849                       c/o Asset Recovery Sol., LLC
Communication, Inc.                     DALLAS TX 75380-0849                2200 E. Devon Ave,
5450 NW Central #220                                                        Suite 200
Houston, TX 77092-2061                                                      Des Plaines, IL 60018-4501

CAC Financial Corp                      Capital One Bank                    Charles Lee
2601 NW Expressway                      PO Box 30281                        3474 McKinley Ct
Suite 1000E                             Salt Lake City, UT 84130-0281       Waldorf, MA 20603-7000
Oklahoma, OK 73112-7236

Debra Lambright                         Dept. of Ed/Nelnet                  (p)DISCOVER FINANCIAL SERVICES LLC
18814 Reynolds Park Way                 3015 Parker Rd., Ste 400            PO BOX 3025
Orlando, FL 32833                       Aurora, CO 80014-2904               NEW ALBANY OH 43054-3025

Douglas C. Zahm, P.A.                   Erskine & Fleisher                  Florida Department of Revenue
12425 28th St. North                    1351 Sawgrass Corporate PKWY        Bankruptcy Unit
Suite 200                               Suite 100                           Post Office Box 6668
St. Petersburg, FL 33716-1826           Sunrise, FL 33323-2831              Tallahassee FL 32314-6668

Huntington National Bank                Internal Revenue Service            Joseph Belton
6101 W. 130th St.                       Post Office Box 7346                18809 Tunbridge ST
Parma, OH 44130-1075                    Philadelphia PA 19101-7346          Orlando, FL 32833-5273

Midland Funding, LLC                    Nelnet/US Department of             NorthStar Location Svcs, LLC
8875 Aero Drive, Suite 200              Education                           4285 Genesee St
San Diego, CA 92123-2255                PO Box 82561                        Cheektowaga, NY 14225-1943
                                        Lincon, NE 68501-2561

Orange County Tax Collector             Southeast Toyota Finance            Synchrony Bank/Lowes
PO Box 545100                           World Omni Financial)               ATTN: Bankruptcy Dept.
Orlando FL 32854-5100                   PO Box 991817                       PO Box 965005
                                        Mobile, AL 36691-8817               Orlando, FL 32896-5005

Synchrony Bank/Sams Club                USAA Savings Bank                   Vance & Huffman LLC
Attn: Bankruptcy Department             10750 McDermott FWY                 55 Monette PKWY
PO Box 103104                           San Antonio, TX 78288-1600          Suite 100
Roswell, GA 30076-9104                                                      Smithfield, VA 23430-2577

Wells Fargo Bank, N.A.                  Anne-Marie L Bowen                  Charlene J Dexter
PO Box 10335                            Anne-Marie L Bowen PA               18301 Sabal St.
Des Moines, IA 50306-0335               816 N. Thornton Avenue              Orlando, FL 32833-5277
                                        Orlando, FL 32803-4003
```

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Sidney J Dexter
18301 Sabal St.
Orlando, FL 32833-5277

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Army/Air Force Exchange
Military Star
PO Box 650410
Dallas, TX 75265-0410

Discover
PO Box 30943
Salt Lake City, UT 84130

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31